709 A.2d 198

IN THE MATTER OF HILDA BURNETT–
BAKER, AN ATTORNEY AT LAW.

May 6, 1998.

**ORDER**

The Disciplinary Review Board on March 17, 1998, having filed with the Court its decision concluding that **HILDA BURNETT–BAKER** of **RALEIGH, NORTH CAROLINA,** who was admitted to the bar of this State in 1983, and who thereafter was suspended from the practice of law for a period of three months and who remains suspended at this time, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **HILDA BURNETT–BAKER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.